**Order entered May 12, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-15-00006-CR**
**No. 05-15-00007-CR**
**No. 05-15-00008-CR**
**No. 05-15-00009-CR**

**GARY WAYNE BARNES SR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Causes No. F80-16530-J, F81-01027-J, F81-01105-J, F81-02518-J**

## ORDER

The Court has received the parties' briefs addressing our jurisdiction, and will defer the jurisdictional issues to the submission panel.

It is not clear from the documents before the Court that the trial court has prepared certifications of appellant's right to appeal. Accordingly, we **ORDER** the trial court to prepare certifications of appellant's right to appeal for inclusion in the clerk's records in these appeals related to appellant's motions for post-conviction DNA testing.

We **ORDER** the Dallas County District Clerk to file the clerk's records in these appeals within **THIRTY DAYS** of the date of this order.

We **ORDER** Kimberly Xavier, official court reporter of the Criminal District Court No. 3, to file, within **THIRTY DAYS** of the date of this order, either the reporter's record of the hearings conducted on appellant's motion for post-conviction DNA testing or written verification that no hearings were recorded.

We **DIRECT** the Clerk to send copies of this order to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3; Kimberly Xavier, official court reporter, Criminal District Court No. 3; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

/s/    ADA BROWN
         JUSTICE